DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

6 MARCH 2014

| 201PA12-2 | Dickson, et al. v. Rucho, et al. | Motion for Leah J. Tulin to Withdraw as Counsel for Amici Curiae Election Law Professors | Allowed **02/04/2014** |
|---|---|---|---|
| 201PA12-2 | Dickson, et al. v. Rucho, et al. | Plt's Motion to Amend the Record | Allowed |
| 211P09-2 | Security Credit Corporation, Inc. v. Michael S. Barefoot, Frankie W. Barefoot, Eddie W. Snead, Security Auto Sales, GWS Incorporated, and MB-0001, Inc. | 1. Defs' (Michael S. Barefoot, Frankie W. Barefoot, and Security Auto Sales) Petition for *Writ of Certiorari* to Review Order of COA (COA11-908)<br><br>2. Defs' (Michael S. Barefoot, Frankie W. Barefoot, and Security Auto Sales) Motion to Amend Petition for *Writ of Certiorari* | 1. Denied<br><br><br><br>2. Allowed<br><br>**Beasley, J., recused** |
| 249P11-4 | State v. Bobby R. Grady | Def's *Pro Se* Motion for Rehearing | Dismissed |
| 251P13-2 | George T. Powell, Jr. v. Prodev X, LLC v. George R. Brown, Penny R. Powers and Robert E. Rousseau, and Shafic Andraos, Intervernors | 1. Plt's *Pro Se* Motion for Emergency Petition for *Writ of Certiorari*<br><br>2. Plt's *Pro Se* Motion for Suspension of Rules | 1. Denied<br><br><br>2. Dismissed |
| 260P09-3 | Mack Eugene Polk, Jr. v. Herb Jackson, Superintendent of Brown Creek Correctional Institution | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/11/2014**<br><br>**Jackson, J., recused** |
| 281PA13 | George King, d/b/a George's Towing and Recovery v. Town of Chapel Hill | 1. Plt's Motion to File Reply Brief<br><br>2. Def's Motion to Deny Motion to File Reply Brief<br><br>3. Def's Motion in the Alternative to Strike Reply Brief<br><br>4. Plt's Motion to Allow Reply Brief to be Filed | 1. Allowed **03/03/2014**<br><br>2. Dismissed as Moot **03/03/2014**<br><br>3. Dismissed as Moot **03/03/2014**<br><br>4. Dismissed as Moot **03/03/2014** |